UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TASHA WARREN,**   CASE NO.: 8:21-cv-00212-KKM-AEP

    **Plaintiff,**

v.

**WAL-MART STORES EAST, LP**
**d/b/a WALMART SUPERCENTER**
**STORE #967,**

    **Defendant.**
_____/

**NOTICE OF SETTLEMENT**

**COME NOW**, Plaintiff, TASHA WARREN, by and through the undersigned attorney, and provide notice to the Court that the present cause has settled pursuant to agreement of the parties, and states:

1. Pursuant to FL M.D.L.R 3.09(a), Plaintiff provides Notice of Settlement to the Court to inform the Court that this matter has been settled and that all pending motions are presently moot.

2. Plaintiff will file a Stipulation of Dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or a Motion to Dismiss, consistent with Rule 41(a)(2).

3. Each party shall bear his/her/its own attorney's fees and costs.

4. This Notice is filed with the understanding that once Plaintiff files a Notice of Dismissal or a Motion to Dismiss, such filing will be conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement for sixty (60) days.

Tasha Warren v. Wal-Mart Stores East, LP d/b/a Walmart Supercenter Store #967
Plaintiff's Notice of Settlement
Page **1** of **2**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 11, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that a true and correct copy of the foregoing is being served this day on all counsel of record identified on by electronic mail to the following: Jerry D. Hamilton, Esq., William H. Edwards, Esq. jhamilton@hamiltonmillerlaw.com; wedwards@hamiltonmillerlaw.com; Karoline Alvarez: kalvarez@hamiltonmillerlaw.com and DeAnne Cox: dcox@hamiltonmillerlaw.com.

        Frank D. Butler, Esquire
        FBN: 940585
        fdblawfirm@aol.com
        Jana Ranieri Cortina, Esquire
        FBN: 771740
        jcortina@fightingforfamilies.com
        **Frank D. Butler, P.A.**
        10550 U.S. Hwy. 19 North
        Pinellas Park, FL  33782
        Tel: (727)399-2222
        Fax: (727)399-2202
        Primary: courtdocserve@fdblawfirm.com
        savannah@fightingforfamilies.com
        Counsel for Plaintiff

        **/s/ *Jana Ranieri Cortina, Esquire***
        Jana Ranieri Cortina, Esquire

Tasha Warren v. Wal-Mart Stores East, LP d/b/a Walmart Supercenter Store #967
Plaintiff's Notice of Settlement
Page **2** of **2**