UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TASHA WARREN,

    Plaintiff,

v.                                            Case No. 8:21-cv-212-KKM-AEP

WAL-MART STORES EAST, LP
d/b/a WALMART SUPERCENTER
STORE #697,

    Defendant.
_____/

## ORDER

    The Court has been advised by the Notice of Conditional Voluntary Dismissal (Doc. 36) that, under Federal Rule of Civil Procedure 41(a), this case has been settled contingent upon the Court retaining jurisdiction for the next sixty days to enforce the settlement agreement. See *Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012). Accordingly, it is **ORDERED** that the Court will retain jurisdiction for a period of sixty days for the purpose of enforcing the parties' settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance of America*, 511 U.S. 375, 380-82 (1994). After that time, this case will be **DISMISSED WITH PREJUDICE**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

ORDERED in Tampa, Florida, on August 22, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge